**Edward Howard NORRIS,
Petitioner–Appellant,**

v.

**Alton BASKERVILLE, Warden,
Respondent–Appellee.**

No. 02–6699.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2002.

Decided Sept. 23, 2002.

Edward Howard Norris, Appellant Pro Se. Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Howard Norris seeks to appeal the district court's order granting the Respondent's motion to dismiss and dismissing his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Norris has not made a substantial showing of the denial of a constitutional right. *See Norris v. Baskerville*, No. CA–01–616–AM (E.D. Va. filed Apr. 18, 2002 & entered Apr. 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*